IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CORPORATE LAKES PROPERTY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.:  2:22-cv-2161 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **RAPHAEL & ASSOCIATES, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## NOTICE OF REMOVAL

COME NOW Defendants Raphael & Associates (hereinafter "Raphael") and AmGUARD Insurance Company (hereinafter "AmGUARD") (hereinafter "Defendants"), with full reservation of all defenses, objections and denials, including but not limited to service, jurisdiction, venue, and statute of limitations, and hereby remove the above-captioned matter from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support thereof, Defendants state the following:

I. **PROCEDURAL REQUIREMENTS**

1. Plaintiff Corporate Lakes Property, LLC filed the instant lawsuit against Defendants Raphael & Associates and AmGUARD Insurance Company in the District Court of Johnson County, Kansas, Case No. 22CV01474, on March 30, 2022.

2. AmGUARD was served with the Petition on April 12, 2022. AmGUARD has not yet answered Plaintiff's Petition.

3. Upon information and belief Raphael has not yet been served with the Petition.

4. As required by 28 U.S.C. § 1446(a) and D. Kan. Local Rule 81.2, a copy of all records and proceedings from the District Court of Johnson County, Kansas will be filed within 21 days.  A copy of Plaintiff's Petition is attached hereto as **Exhibit A.**

1

5. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a) as it is the United States District Court embracing the District Court of Johnson County, Kansas, where Plaintiff's Petition is currently pending. *See* 28 U.S.C. § 96.

6. Without waiving any objection to service, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because the same has been filed within thirty (30) days of receipt by AmGUARD.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants will file written notice of this removal with the Clerk of the District Court of Johnson County, Kansas, where Plaintiff's Petition is currently pending. A copy of the notice is attached hereto as **Exhibit B**. A copy of this Notice of Removal and the written notice of the Notice of Filing Notice of Removal have been served upon Plaintiff.

## II.   DIVERSITY OF CITIZENSHIP

8. Upon information and belief, Plaintiff is a limited liability company with its registered agent and its principal place of business located in the State of Kansas. *See* **Exhibit A**, Plaintiff's Petition, ¶ 1.

9. Upon information and belief, the limited liability company has two members, Jim Russell Fieger and Ron Essary, who are both residents of the State of Kansas.

10. Defendant AmGUARD Insurance Company is a Pennsylvania corporation and its corporate headquarters and principal place of business is Wilkes Barre, Pennsylvania.

11. Defendant Raphael & Associates is a New Jersey corporation and its corporate headquarters and principal place of business is Rutherford, New Jersey.

12. As Plaintiff is a citizen of Kansas, AmGUARD is a citizen of Pennsylvania, and Raphael & Associates is a citizen of New Jersey, diversity of citizenship exists.

### III. AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

13. Plaintiff has alleged its property suffered a loss on November 25, 2020, due to a water intrusion. *See* **Exhibit A**, Plaintiff's Petition, ¶ 10.

14. Plaintiff alleges that the damages attributable to this loss are in excess of $300,000. *See* **Exhibit A,** Plaintiff's Petition, ¶ 11.

15. Although Defendants deny liability, based upon Plaintiff's allegations in the Petition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. See 28 U.S.C. §1332(a).

WHEREFORE, based on the above and foregoing, Defendants Raphael & Associates and AmGUARD Insurance Company removes this action from the District Court of Johnson County, Kansas, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

/s/ Jonathan B. Morrow

| | |
|---|---|
| Jonathan B. Morrow | Bar #78940 |
| Patrick J. Allegri | KS #25189 |

KNIGHT NICASTRO MACKAY, LLC
319 N. 4th Street, Suite 300
St. Louis, MO  63102
Phone: 314-690-4757
Fax: 816-396-6233
Email: jmorrow@knightnicastro.com
          allegri@knightnicastro.com
**ATTORNEYS FOR RAPHAEL & ASSOCIATES AND AMGUARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of April, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system. In addition, a true and accurate copy of the foregoing was served via email to:

Jason L. Buchanan
MCDOWELL, RICE, SMITH & BUCHANAN, P.C.
605 W. 47th Street, Suite 350
Kansas City, MO  64112
Phone: 816-753-5400
Fax: 816-753-9996
Email: jb@mcdowellrice.com
**ATTORNEYS FOR PLAINTIFF**

                                                /s/ Jonathan B. Morrow