# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORPORATE LAKES PROPERTY, LLC,   ) | |
| ) | |
| Plaintiff,   ) | Case No.: 2:22-cv-2161 |
| ) | |
| v.   ) | |
| ) | |
| RAPHAEL & ASSOCIATES, et al.,   ) | |
| ) | |
| Defendants.   ) | |

## NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL

TO:   Corporate Lakes Property, LLC
c/o Jason L. Buchanan
MCDOWELL, RICE, SMITH & BUCHANAN, P.C.
605 W. 47th Street, Suite 350
Kansas City, MO  64112

You are hereby notified that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Raphael & Associates and AmGUARD Insurance Company filed a Notice of Removal in the United States District Court for the District of Kansas on April 29, 2022, for the above-captioned case. On the same day, a copy of the Notice of Removal was served on the Clerk of the District Court of Johnson County, Kansas.

Respectfully submitted,

/s/ Jonathan B. Morrow
Jonathan B. Morrow         Bar #78940
Patrick J. Allegri         KS #25189
KNIGHT NICASTRO MACKAY, LLC
319 N. 4th Street, Suite 300
St. Louis, MO  63102
Phone: 314-690-4757
Fax: 816-396-6233
Email: jmorrow@knightnicastro.com
       allegri@knightnicastro.com
**ATTORNEYS FOR RAPHAEL & ASSOCIATES AND AMGUARD INSURANCE COMPANY**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system. In addition, a true and accurate copy of the foregoing was served via email to:

Jason L. Buchanan
MCDOWELL, RICE, SMITH & BUCHANAN, P.C.
605 W. 47th Street, Suite 350
Kansas City, MO  64112
Phone: 816-753-5400
Fax: 816-753-9996
Email: jb@mcdowellrice.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Jonathan B. Morrow