**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **CORPORATE LAKES PROPERTY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:  2:22-cv-2161** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RAPHAEL & ASSOCIATES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Raphael & Associates, by and through undersigned counsel, and submits the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

1. Defendant Raphael & Associates hereby states that it has no parent corporation or publicly held corporation with a membership or ownership interest of 10% or more.


Respectfully submitted,

/s/ Jonathan B. Morrow
_____

| | |
|---|---|
| Jonathan B. Morrow | Bar #78940 |
| Patrick J. Allegri | KS #25189 |

KNIGHT NICASTRO MACKAY, LLC
319 N. 4th Street, Suite 300
St. Louis, MO  63102
Phone: 314-690-4757
Fax: 816-396-6233
Email: jmorrow@knightnicastro.com
        allegri@knightnicastro.com
**ATTORNEYS FOR RAPHAEL &**
**ASSOCIATES**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system.  In addition, a true and accurate copy of the foregoing was served via email to:

Jason L. Buchanan
MCDOWELL, RICE, SMITH & BUCHANAN, P.C.
605 W. 47th Street, Suite 350
Kansas City, MO  64112
Phone: 816-753-5400
Fax: 816-753-9996
Email: jb@mcdowellrice.com
**ATTORNEYS FOR PLAINTIFF**


 /s/ Jonathan B. Morrow