# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**CORPORATE LAKES PROPERTY, LLC,**

        **Plaintiff,**

v.                                          Case No. 2:22-cv-02161-KHV

**AMGUARD INSURANCE COMPANY,**
**RAPHAEL & ASSOCIATES,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Consistent with the Memorandum and Order [Doc. 35] filed on January 4, 2023, plaintiff to take nothing on its claims against defendant Amguard Insurance Company.**

    3/5/2024                                            SKYLER B. O'HARA
      Date                                                CLERK OF THE DISTRICT COURT

                                                              by:  /s/ Jeffrey S. Hokanson
                                                                         Deputy Clerk